FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 FEB -2 PM 2: 53

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| JOSEPH BERRY, a/k/a JOSEPH BARRY, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS CHRISTOPHER TUCKER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) <br><br> Case No. CV410-288 |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 2ᵈᵈ day of FEBRUARY, 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA